IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE MARK TUGGLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO.: 1:06-CV-0272-ODE |
| CLAYTON COUNTY SHERIFF ) | |
| VICTOR HILL, in both his official ) | |
| and individual capacities; and ) | |
| DEPUTY SHERIFF JOANNE ) | |
| BORRELLI, ) | |
| ) | |
| Defendants. ) | |

_____

**PLAINTIFF'S MOTION FOR RELEASE OF
JURY POOL INFORMATION**

Plaintiff George Mark Tuggle respectfully requests that the Court issue an Order directing the Clerk's Office for the United States District Court for the Northern District of Georgia to release the jury list to Plaintiff's counsel. Plaintiff also requests an early release of any information regarding the jury pool that the parties would otherwise receive at the trial's commencement, including the identities of the potential jurors. For the Court's convenience, a proposed order is attached to this motion.

Respectfully submitted this 18th day of September, 2008.

                                           */s/ William J. Atkins*
                                           William J. Atkins
                                           State Bar No. 027060
                                           ATKINS & ATTWOOD, LLC
                                           6400 Powers Ferry Road, Suite 112
                                           Atlanta, Georgia 30339
                                           (Attorney for Plaintiff)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE MARK TUGGLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO.: 1:06-CV-0272-ODE |
| CLAYTON COUNTY SHERIFF ) | |
| VICTOR HILL, in both his official ) | |
| and individual capacities; and ) | |
| DEPUTY SHERIFF JOANNE ) | |
| BORRELLI, ) | |
| ) | |
| Defendants. ) | |

_____

### CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2008, I electronically filed **Plaintiff's Motion for Release of Jury Pool Information**, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

James E. Dearing, Jr.
James E. Dearing, Jr., P.C.
730 Peachtree Street, Suite 1055
Atlanta, Georgia  30308

                                                */s/ William J. Atkins*
                                                WILLIAM J. ATKINS
                                                State Bar No. 027060

ATKINS & ATTWOOD, LLC
6400 Powers Ferry Road, Suite 112
Atlanta, Georgia 30339