UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEORGE MARK TUGGLE

    Plaintiff,

v.

VICTOR HILL, Clayton County
Sheriff, in both his official
and individual capacities

    Defendant.

CIVIL ACTION NO.
1:06-CV-0272-ODE

## AMENDED JUDGMENT IN A CIVIL CASE

This action came before the Court for trial by the court and by a jury. The issues have been tried and heard and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff, GEORGE MARK TUGGLE, recover from the defendant, VICTOR HILL in both his official and individual capacities, the sum of TWO HUNDRED FIFTY THOUSAND AND NO/100 ($250,000.00) DOLLARS in compensatory damages, and TWO HUNDRED TWENTY-FIVE AND NO/100 ($225,000.00) DOLLARS in punitive damages in his individual capacity only, interest as provided by law and costs of this action.**********

OCTOBER 1, 2008

JAMES N. HATTEN, CLERK
By:

_Vicki C Hanna_
Vicki C. Hanna,
Deputy Clerk