UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE MARK TUGGLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File |
| v. | ) |
| | ) No. 1:06-CV-272-ODE |
| VICTOR HILL, | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF A. LEE PARKS

COMES NOW A. Lee Parks of the law firm of Parks, Chesin & Walbert, P.C., counsel for the Plaintiff in the above-referenced matter, who came before the undersigned officer duly authorized to administer oaths and, after being duly sworn, states the following based upon his personal knowledge.

1.

My name is A. Lee Parks. I give this affidavit for use in this case for all the purposes allowed by law. I am an attorney licensed to practice law in the State of Georgia, and am counsel of record for the Plaintiff in the above-referenced matter. I have practiced civil rights law based in Atlanta, Georgia since June 1977. I have thirty-one (31) years of continuous full-time experience in civil rights litigation.

2.

I graduated from Emory University Law School in 1977. While in law school, I served on the Board of Editors for the Emory Law Journal and was a Director of the Emory Moot Court Society. I have published two legal articles on constitutional law related subjects: 25 Emory Law Journal 983 (1976); and 16 Georgia State Bar Journal 129 (1980). I am a regular speaker at seminars involving constitutional law, particularly in matters involving litigation under 42 U.S.C. §1983. I have been counsel to Plaintiffs in numerous cases involving the First and Fourth Amendments.

3.

I am admitted to practice before all state trial and appellate courts in Georgia, the United States District Court for the Northern District of Georgia, the United States Court of Appeals for the Eleventh Circuit and the United States Supreme Court. I have served as lead counsel and presented oral argument successfully in two constitutional law cases decided by the United States Supreme Court wherein my clients prevailed. See Miller v. Johnson, 515 U.S. 900 (1995) and Abrams v. Johnson, 521 U.S. 74 (1997).

4.

I am the senior partner within my law firm, Parks, Chesin & Walbert, P.C. I have specialized expertise in all matters related to federal constitutional law. I have been lead counsel in over five hundred Section 1983 cases. I have extensive experience litigating against the governmental bodies. See e.g., Rogers v. Medical Ass. of Ga., 244 Ga. 151, 259 S.E.2d 85 (1979) (statutory delegation of governor's appointment powers to private association held unconstitutional); Miller v. Johnson, 515 U.S. 900 (1995) (legislation establishing congressional districts held unconstitutional); Abrams v. Johnson, 521 U.S. 74 (1997); Able v. Wilkins, (South Carolina's redistricting plan for its House of Representatives held unconstitutional) and Smith v. Beasley, (South Carolina Senate districts held unconstitutional); Smith v. Beasley, 946 F.Supp. 1174 (D.S.C. 1997). I regularly consult with attorneys across the nation who are involved in constitutional cases of all kinds, and am considered to be an expert in this specialized area of the law.

5.

I believe I possess as much, if not more, experience with bringing constitutional challenges against government officials than any other attorney in this state. My reputation is built on that experience and the success I have enjoyed in the

many years I and my law firm have been on the cutting edge of constitutional law issues.

6.

I initially served as Plaintiff's lead counsel in this case. My partner, William J. Atkins, assumed that role upon his withdrawal from our law firm in 2008 to start his own practice. Thereafter, our firm limited its involvement, mindful of the need to insure efficiency since that would be the touchstone of any subsequent petition for attorneys fees where two law firms represent one plaintiff.

7.

My standard hourly rate for clients who pay on a monthly basis is currently $375.00 to $425.00 per hour. I have, on occasion, reduced that hourly rate for business clients promising substantial amounts of work on an ongoing basis rather than being retained to represent a client in a particular case.

8.

I am currently able to fill all my available time with hourly work. However, I continue to devote significant time to cases taken on a contingent basis in reliance upon the various fee shifting statutes which permit the Court to award a full fee in cases where the plaintiff is the prevailing party. Due to the complexity of these

matters, and the risk of not being compensated at all, relatively few attorneys who possess the experience and legal expertise to act as lead counsel will accept § 1983 cases on contingency. Given the importance of these cases not only to the clients, but to society in general, it is critical lawyers with the requisite skill and expertise work on these cases. That, in turn, depends on the availability of fully compensatory fee awards.

9.

In a recent fee award in the United States District Court for the Northern District of Georgia (Baverman, J., affirmed by Pannell, J.) a § 1983 case, I was awarded fees based on an hourly rate of $375 in a § 1983 case. *See;* Virdi v. DeKalb County School District, et al., Civil Action File No. 1:97-CV-3485-CAP (Order dated 2/08/2008). That is a conservative hourly rate for my time in this case, and it is the rate I have used for this fee petition.

10.

An itemized statement of all time and expenses incurred in the case by myself and other attorney's employed by my firm at the time the services were rendered, including Mr. Atkins' prior to his departure, is attached as Exhibit "A". This time begins with the inception of the case, goes through discovery, motions for summary

judgment, and defendants' interlocutory appeal of the qualified immunity issue to the Eleventh Circuit Court of Appeals. I have reviewed this statement and it is a true and accurate statement of the attorney time attributable to myself and two other attorneys from my firm, Mr. William Atkins and Mr. Steven Wolfe, who worked on this case, but are no longer with the firm. Eleanor Mixon Attwood, another attorney with our firm who worked on the case, is filing a separate affidavit in support of the fee petition. Additionally, Exhibit "A" is also an accurate statement of the expenses incurred in as a result of this litigation up through the last date of the bill. Additional expenses were incurred by Mr. Atkins. I have exercised billing judgment throughout the case deleting time which I determined did not materially advance Plaintiffs position in this case.

11.

In calculating a fair and reasonable hourly rate for this case, the lodestar rate should be calculated at the highest hourly rate charged by counsel in this market rather than the attorney's lowest hourly rate. If competent and experienced counsel are to continue to accept the great financial and professional risks that are involved in these types of cases, this expertise needs to be acknowledged. In addition, because of my firm's historical involvement in constitutional cases brought under § 1983

against government officials, our attorneys were able to bring to the litigation an intimate knowledge of this specialized area of the law and a good depth understanding with respect to constitutional issues. It would have taken another law firm without that wealth of experience in § 1983 litigation, significantly more time to provide the same services which justifies a higher rather than lower hourly rate within the range the attorney charges hourly clients in this market.

12.

The verdict and judgment in this case constitute an excellent result in the litigation and qualify plaintiffs as a prevailing party entitled to a fully compensatory fee award. The fact the jury did not find defendant liable on the malicious prosecution claim should have no bearing on the fee award since the facts and circumstances relevant to the false arrest claim were wholly interrelated to those necessary to present the malicious prosecution claim.

FURTHER AFFIANT SAYETH NOT.

_____
A. LEE PARKS

Sworn to and subscribed before
me this 2 day of October, 2008.

_____
NOTARY PUBLIC      My Commission expires: 1/24/2010

# EXHIBIT A

PARKS, CHESIN & WALBERT, P.C.
26th Floor, 75 Fourteenth Street
Atlanta, Georgia 30309
404/873-8000
Federal I.D. #58-1180767

```
                                                                Page: 1
Tuggle, George                                         October 01, 2008
132 Blue Glass Drive                            Client No. 3633-053633C
Jefferson  GA  30549                            Statement No.    156931

George Mark Tuggle v. Clayton County, et al.
                                                         Draft Statement

                              Fees

                                                 Rate     Hours

11/10/05 WJA Telephone conference with Mark Tuggle
             regarding potential False Arrest claim
             against Clayton County; Review file regarding
             same.                               290.00    0.30     87.00
         SEW Intake call and new case meeting with WJA.
                                                 225.00    0.30     67.50
         SEW Draft Open Records Act requests to Clayton
             City Sheriff and D.A.               225.00    0.50    112.50

11/11/05 WJA Initial Consultation with Mark Tuggle
             regarding False Arrest/Malicious Prosecution
             versus Clayton County Sheriff's office;
             Discuss same with DFW and draft introductory.
                                                 290.00    1.50    435.00
         ALP Review documents; Memorandum to Atkins.
                                                 375.00    0.30    112.50

11/15/05 ALP Conference with Atkins regarding false arrest
             matter.                             375.00    0.30    112.50

11/25/05 WJA Review response to Open Records Act from
             Solicitor's office; Note to EMA regarding
             same and course of action           290.00    0.20     58.00

12/19/05 ALP Conference with Atkins regarding status.
                                                 375.00    0.20     75.00
         EMA Draft ante litem notice; begin draft of
             Complaint.                          245.00    0.80    196.00

12/20/05 EMA Draft Complaint.                    245.00    1.50    367.50

12/21/05 EMA Complete fact section of Complaint; attempt
             to locate documents requested under Open
             Records Act.                        245.00    1.70    416.50

12/27/05 EMA Telephone call to Sheriff's office regarding
             documents requested under Open Records Act.
                                                 245.00    0.20     49.00

01/03/06 EMA Review and revise ante litem notice;
             telephone conference with Sheriff's office
             regarding Open Records Act request. 245.00    1.00    245.00

01/10/06 WJA Exchange e-mails with ALP regarding status;
             Meet with EMA regarding status and filing
                                                 290.00    0.50    145.00

01/12/06 EMA Review response to Open Records Act request.
                                                 245.00    0.30     73.50
```

Tuggle, George

Page: 2
October 01, 2008
Client No. 3633-053633C
Statement No. 156931

George Mark Tuggle v. Clayton County, et al.

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 01/26/06 | ALP | Work on Complaint. | 375.00 | 2.00 | 750.00 |
| 01/30/06 | ALP | Review Complaint. | 375.00 | 1.00 | 375.00 |
| | WJA | Review and revise Complaint | 290.00 | 3.00 | 870.00 |
| 01/31/06 | WJA | Finalize Complaint | 290.00 | 2.50 | 725.00 |
| 02/01/06 | ALP | Review/revise Complaint; Conference with Atkins regarding County/insurance/Manders issues. | 375.00 | 1.00 | 375.00 |
| 02/02/06 | ALP | Continue revision of Complaint. | 375.00 | 1.00 | 375.00 |
| | WJA | Finalize Complaint; Meet with ALP to review complaint. | 290.00 | 2.00 | 580.00 |
| 02/03/06 | ALP | Continue revision of Complaint. | 375.00 | 1.50 | 562.50 |
| | ALP | Letter to Chairman Bell regarding notification of carrier; Conference regarding insurance issues. | 375.00 | 0.30 | 112.50 |
| 02/07/06 | ALP | Final review of Complaint. | 375.00 | 0.40 | 150.00 |
| 02/08/06 | ALP | Miscellaneous telephone conferences with county regarding filing of Complaint. | 375.00 | 1.00 | 375.00 |
| 02/27/06 | EMA | Review final complaint. | 245.00 | 0.30 | 73.50 |
| 03/01/06 | EMA | Draft written discovery. | 245.00 | 0.70 | 171.50 |
| 04/03/06 | EMA | Draft Joint Preliminary Report and Discovery Plan. | 245.00 | 0.80 | 196.00 |
| 04/04/06 | EMA | Revise and finalize Joint Preliminary Report and Discovery Plan; draft Plaintiff's Initial Disclosures. | 245.00 | 2.00 | 490.00 |
| 04/06/06 | EMA | Attend Rule 26(f) conference; revise draft of Joint Preliminary Report and Discovery Plan. | 245.00 | 0.80 | 196.00 |
| 04/17/06 | EMA | Attorney conference with WJA regarding initial disclosures. | 245.00 | 0.20 | 49.00 |
| 04/19/06 | EMA | Review of Joint Preliminary Report and Discovery Plan; telephone conference with opposing counsel regarding insurance policy. | 245.00 | 0.50 | 122.50 |
| 04/20/06 | EMA | Finalize and file Plaintiff's Initial Disclosures. | 245.00 | 0.30 | 73.50 |
| 04/24/06 | EMA | Draft requests for admission. | 245.00 | 1.00 | 245.00 |
| | WJA | Review and respond to e-mail from ALP regarding opposing counsel | 290.00 | 0.20 | 58.00 |
| 04/27/06 | WJA | Meet with EMA regarding discovery | 290.00 | 0.20 | 58.00 |
| 04/28/06 | EMA | Attorney conference with WJA regarding discovery drafts. | 245.00 | 0.30 | 73.50 |

Tuggle,   George

George Mark Tuggle v. Clayton County, et al.

Page: 3
October 01, 2008
Client No. 3633-053633C
Statement No.    156931

|            |     |                                                                                                                             | Rate   | Hours |        |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------|--------|-------|--------|
| 04/29/06   | EMA | Draft third-party requests for production of documents.                                                                     | 245.00 | 0.50  | 122.50 |
| 05/09/06   | EMA | Attorney conference with WJA regarding discovery.                                                                           | 245.00 | 0.20  | 49.00  |
| 05/15/06   | EMA | Attorney conference with WJA regarding discovery; telephone conference with opposing counsel regarding same.                | 245.00 | 0.40  | 98.00  |
|            | WJA | Meet with EMA regarding discovery                                                                                           | 290.00 | 0.40  | 116.00 |
| 05/17/06   | EMA | Telephone conference with opposing counsel regarding insurance; attorney conference with WJA regarding same.                | 245.00 | 0.30  | 73.50  |
| 05/23/06   | EMA | Edit written discovery; draft letter to opposing counsel.                                                                   | 245.00 | 2.90  | 710.50 |
| 05/26/06   | EMA | Legal research regarding false arrest and malicious prosecution claims.                                                     | 245.00 | 1.60  | 392.00 |
| 06/06/06   | EMA | Revise interrogatories; locate correct address for Georgia Correctional Healthcare.                                         | 245.00 | 2.00  | 490.00 |
| 06/07/06   | EMA | Continuation of investigation regarding address for Georgia Correctional Healthcare.                                        | 245.00 | 0.50  | 122.50 |
| 06/09/06   | EMA | Revise and finalize written discovery.                                                                                      | 245.00 | 0.50  | 122.50 |
| 06/21/06   | EMA | Draft responses to discovery.                                                                                               | 245.00 | 2.00  | 490.00 |
| 06/26/06   | WJA | Review and revise discovery responses                                                                                       | 290.00 | 0.50  | 145.00 |
|            | EMA | Review and revise responses to discovery; telephone conference with opposing counsel regarding extension.                   | 245.00 | 1.20  | 294.00 |
| 06/28/06   | WJA | Telephone conference with EMA regarding discovery; Review of same                                                           | 290.00 | 0.50  | 145.00 |
| 07/03/06   | WJA | Telephone conference with James Dearing, re: discovery, insurance and facts of case.                                        | 290.00 | 0.50  | 145.00 |
|            | WJA | Telephone conference with James Dearing regarding discovery, insurance and facts of case                                    | 290.00 | 0.50  | 145.00 |
| 07/14/06   | WJA | Finalize changes to discovery                                                                                               | 290.00 | 1.00  | 290.00 |
| 07/18/06   | WJA | Coordinate changes to discovery with AGH                                                                                    | 290.00 | 0.50  | 145.00 |
| 07/30/06   | WJA | Telephone conference with Mark Tuggle regarding deposition, etc.                                                            | 290.00 | 0.20  | 58.00  |
| 07/31/06   | WJA | Telephone conference with James Dearing's office regarding deposition                                                       | 290.00 | 0.10  | 29.00  |
|            | WJA | Telephone conference with Mark Tuggle regarding deposition postponement                                                     | 290.00 | 0.20  | 58.00  |

Tuggle, George

George Mark Tuggle v. Clayton County, et al.

Page: 4
October 01, 2008
Client No. 3633-053633C
Statement No.    156931

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 08/01/06 | WJA | Review file and set discovery schedule with EMA | 290.00 | 0.30 | 87.00 |
| 08/04/06 | EMA | Review discovery responses; attorney conference with WJA to discuss extension; telephone conference with opposing counsel regarding same. | 245.00 | 1.30 | 318.50 |
| 08/15/06 | EMA | Attorney conference with WJA regarding good-faith issues. | 245.00 | 0.30 | 73.50 |
| 08/16/06 | WJA | Review discovery issues with EMA | 290.00 | 0.50 | 145.00 |
| 08/18/06 | EMA | Draft motion to extend discovery; telephone call to opposing counsel regarding motion and outstanding documents; attorney conference with WJA to discuss good-faith letter. | 245.00 | 1.30 | 318.50 |
| 08/21/06 | EMA | Telephone conference with and e-mail to opposing counsel regarding documents. | 245.00 | 0.20 | 49.00 |
| 08/23/06 | EMA | Telephone conference with opposing counsel regarding requests for production and dates for depositions. | 245.00 | 0.50 | 122.50 |
| 08/24/06 | EMA | Draft good-faith letter to opposing counsel. | 245.00 | 1.00 | 245.00 |
| 09/18/06 | EMA | Return telephone call to opposing counsel. | 245.00 | 0.20 | 49.00 |
| 09/20/06 | EMA | Telephone conference with opposing counsel to discuss dates for depositions; attorney conference with WJA regarding same; locate and discuss GCHC depositions with general counsel. | 245.00 | 0.70 | 171.50 |
| 09/22/06 | EMA | Review second interrogatories. | 245.00 | 0.30 | 73.50 |
| 09/25/06 | EMA | Telephone conference with GCHC counsel to discuss interviews; attorney conference with WJA regarding same. | 245.00 | 0.40 | 98.00 |
| 09/26/06 | EMA | Interview nurse witnesses. | 245.00 | 2.20 | 539.00 |
| | WJA | Meet with EMA regarding deposition of Mark Tuggle | 290.00 | 0.20 | 58.00 |
| 09/27/06 | EMA | Prepare client for deposition; research legal issues; attorney conference with WJA regarding same; conference with opposing counsel; draft requests for production of documents. | 245.00 | 2.70 | 661.50 |
| | WJA | Prepare for and defend deposition of Mark Tuggle | 290.00 | 5.00 | 1,450.00 |
| 09/28/06 | EMA | Telephone calls to GCHC counsel and opposing counsel regarding interview dates; attorney conference with WJA to discuss developments. | 245.00 | 0.60 | 147.00 |

Page: 5
October 01, 2008
Client No. 3633-053633C
Statement No.    156931

Tuggle, George

George Mark Tuggle v. Clayton County, et al.

|            |     |                                                                                                                                                                                 | Rate   | Hours |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-------|----------|
| 09/29/06   | EMA | Prepare for depositions.                                                                                                                                                        | 245.00 | 4.50  | 1,102.50 |
| 10/02/06   | EMA | Prepare for and attend Ruth and Antoine depositions; prepare for Walker and Miller depositions.                                                                                 | 245.00 | 6.50  | 1,592.50 |
|            | WJA | Travel to/from and attend deposition of Pat Ruth                                                                                                                                | 290.00 | 4.50  | 1,305.00 |
| 10/03/06   | EMA | Telephone conference with opposing counsel regarding dates for depositions; telephone conference with in-house counsel regarding same; conference with REH regarding subpoena instructions. | 245.00 | 1.00  | 245.00   |
|            | WJA | Meet with EMA regarding discovery matters                                                                                                                                       | 290.00 | 0.30  | 87.00    |
| 10/06/06   | EMA | Telephone conference with client; execute subpoenas.                                                                                                                            | 245.00 | 0.40  | 98.00    |
| 10/09/06   | EMA | Telephone conference with opposing counsel regarding dates for depositions; prepare for Cassel deposition.                                                                       | 245.00 | 0.80  | 196.00   |
| 10/10/06   | EMA | Telephone conference with opposing counsel regarding depositions.                                                                                                               | 245.00 | 0.20  | 49.00    |
| 10/11/06   | EMA | Prepare for and attend deposition of Joanne Borrelli.                                                                                                                           | 245.00 | 8.00  | 1,960.00 |
|            | WJA | Travel to/from and attend deposition of Deputy Joann Borelli Sutherland                                                                                                         | 290.00 | 8.00  | 2,320.00 |
| 10/12/06   | EMA | Interview remaining nurses at GCHC; telephone conference with Pamela Everett regarding subpoenas.                                                                                | 245.00 | 4.20  | 1,029.00 |
|            | WJA | Discuss nurses' testimony with EMA; Discuss subpoena issue regarding Solicitor and Magistrate Judge                                                                              | 290.00 | 0.50  | 145.00   |
| 10/13/06   | EMA | Telephone conference with witness regarding identities of other witnesses.                                                                                                      | 245.00 | 0.20  | 49.00    |
| 10/16/06   | EMA | Telephone call to witness.                                                                                                                                                      | 245.00 | 0.20  | 49.00    |
| 10/17/06   | EMA | Conference with witness regarding witness list; telephone conference with opposing counsel regarding deposition of Victor Hill.                                                   | 245.00 | 0.40  | 98.00    |
|            | WJA | Meet with EMA regarding scheduling deposition of Sheriff Hill                                                                                                                   | 290.00 | 0.20  | 58.00    |
| 10/18/06   | JJD | Review file in preparation of responding to discovery.                                                                                                                          | 100.00 | 1.00  | 100.00   |
| 10/19/06   | JJD | Read plaintiff's deposition transcript in preparation for responding to discovery                                                                                               | 100.00 | 0.70  | 70.00    |
|            | WJA | E-mail to EMA regarding deposition of Magistrate Judge                                                                                                                          | 290.00 | 0.20  | 58.00    |

Tuggle,   George

George Mark Tuggle v. Clayton County, et al.

Page: 6
October 01, 2008
Client No. 3633-053633C
Statement No.      156931

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| 10/20/06 | JJD | Telephone call to client regarding discovery responses. | 100.00 | 0.20 | 20.00 |
| 10/24/06 | JJD | Lengthy telephone calls with client gathering information needed to respond to third interrogatories. | 100.00 | 1.00 | 100.00 |
|  | JJD | Internet research obtaining correct addresses for medical providers. | 100.00 | 0.30 | 30.00 |
|  | JJD | Prepare authorization to Gwinnett Consultants in Cardiology. | 100.00 | 0.40 | 40.00 |
|  | JJD | Prepare authorization to Gwinnett Medical Center for medical records. | 100.00 | 0.40 | 40.00 |
|  | JJD | Conference with WJA. | 100.00 | 0.50 | 50.00 |
|  | JJD | Fax authorizations to client for signature. | 100.00 | 0.10 | 10.00 |
|  | JJD | Telephone call to Gwinnett Medical Center. | 100.00 | 0.20 | 20.00 |
|  | EMA | Prepare for deposition of Victor Hill. | 245.00 | 2.00 | 490.00 |
|  | WJA | Prepare for deposition of Sheriff Hill | 290.00 | 3.50 | 1,015.00 |
|  | WJA | Conference with JJD regarding discovery | 290.00 | 0.50 | 145.00 |
| 10/25/06 | JJD | Prepare letter to Gwinnett Medical Center requesting medical records. | 100.00 | 0.30 | 30.00 |
|  | JJD | Prepare letter to Gwinnett Medical Center requesting billing records. | 100.00 | 0.30 | 30.00 |
|  | JJD | Prepare letter to Gwinnett Consultants in Cardiology requesting medical records and bills. | 100.00 | 0.30 | 30.00 |
|  | JJD | Begin to draft Plaintiff's responses to third interrogatories. | 100.00 | 1.80 | 180.00 |
|  | EMA | Prepare for and attend deposition of Victor Hill. | 245.00 | 8.00 | 1,960.00 |
|  | WJA | Travel to/from and conduct deposition of Sheriff Hill; Meet with EMA to post-deposition strategy; Discuss deposition with Harlan Miller | 290.00 | 10.00 | 2,900.00 |
|  | WJA | Prepare for deposition of Sheriff Hill | 290.00 | 2.50 | 725.00 |
| 10/26/06 | JJD | Receipt and review of correspondence from Gwinnett Consultants in Cardiology. | 100.00 | 0.20 | 20.00 |
|  | JJD | Continue to work on draft responses to third interrogatories. | 100.00 | 1.50 | 150.00 |
|  | JJD | Telephone calls with client regarding additional information needed for responses. | 100.00 | 0.50 | 50.00 |
| 10/27/06 | JJD | Prepare authorization to Dr. Murphy; fax same to client. | 100.00 | 0.50 | 50.00 |
|  | JJD | Finalize responses to third interrogatories. | 100.00 | 0.80 | 80.00 |
| 10/30/06 | JJD | Telephone call to opposing counsel regarding discovery responses. | 100.00 | 0.20 | 20.00 |
|  | JJD | Memo to EMA and WJA regarding same. | 100.00 | 0.10 | 10.00 |
| 10/31/06 | EMA | Telephone call to attorney for witness; schedule depositions; finalize interrogatory responses. | 245.00 | 0.70 | 171.50 |
|  | WJA | Meet with EMA and telephone conference with opposing counsel regarding depositions | 290.00 | 0.50 | 145.00 |

Tuggle, George

George Mark Tuggle v. Clayton County, et al.

Page: 7
October 01, 2008
Client No. 3633-053633C
Statement No.    156931

|            |     |                                                                                                                              | Rate   | Hours |        |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|--------|-------|--------|
| 11/02/06   | JJD | Letter to Gwinnett Consultants in Cardiology regarding payment of medical records.                                           | 100.00 | 0.30  | 30.00  |
| 11/07/06   | JJD | Receipt and review of records from Gwinnett Consultants in Cardiology.                                                       | 100.00 | 0.20  | 20.00  |
|            | JJD | Lengthy telephone call to same to arrange phone conference with doctor.                                                      | 100.00 | 0.30  | 30.00  |
| 11/08/06   | WJA | Travel to/from and conduct deposition of Jon Antoine; Conference with JJD regarding Mark Tuggle and damages                  | 290.00 | 2.80  | 812.00 |
|            | EMA | Prepared for and attended Antonie deposition                                                                                 | 245.00 | 2.50  | 612.50 |
|            | EMA | Conference with WJA regarding status and strategy                                                                            | 245.00 | 0.50  | 122.50 |
| 11/09/06   | JJD | Conference with WJA regarding medical records and conference call with client.                                               | 100.00 | 0.30  | 30.00  |
|            | JJD | Telephone call to client regarding phone conference.                                                                         | 100.00 | 0.20  | 20.00  |
|            | JJD | Email to WJA regarding same.                                                                                                 | 100.00 | 0.10  | 10.00  |
|            | JJD | Telephone call to opposing counsel regarding deposition of client.                                                           | 100.00 | 0.20  | 20.00  |
|            | WJA | Travel to/from and conduct deposition of Phillip Hanner                                                                      | 290.00 | 2.00  | 580.00 |
| 11/10/06   | JJD | Telephone calls to client rescheduling conference call.                                                                      | 100.00 | 0.30  | 30.00  |
|            | JJD | Conference call with client and WJA.                                                                                         | 100.00 | 0.50  | 50.00  |
|            | WJA | Telephone conference with Mark Tuggle and JJD regarding medical damages                                                      | 290.00 | 0.50  | 145.00 |
| 11/17/06   | EMA | Discussed tasks with WJA                                                                                                     | 245.00 | 0.30  | 73.50  |
| 11/20/06   | EMA | Drafted consent motion regarding damages discovery                                                                           | 245.00 | 0.30  | 73.50  |
| 12/01/06   | EMA | Return call to client; Discuss tape with WJA & Buechner.                                                                     | 245.00 | 0.50  | 122.50 |
| 01/04/07   | EMA | Discussed outstanding discovery issues with WJA and opposing counsel.                                                        | 245.00 | 0.30  | 73.50  |
| 01/07/07   | WJA | Review and confirm Summary Judgment schedule and e-mail to EMA regarding same; Review Defendants' Summary Judgment Brief and Statement of Material Facts | 290.00 | 0.50  | 145.00 |
| 01/08/07   | JJD | Telephone call to opposing counsel regarding audiotapes; memo to WJA regarding same.                                         | 100.00 | 0.30  | 30.00  |
|            | EMA | Listen to tape; Email to opposing counsel regarding extension.                                                               | 245.00 | 0.40  | 98.00  |
| 01/09/07   | EMA | Discussed status with client.                                                                                                | 245.00 | 0.20  | 49.00  |
|            | WJA | Listen to audio tape of telephone message; Meet with EMA regarding Brief, etc.                                               | 290.00 | 0.50  | 145.00 |

Tuggle, George

George Mark Tuggle v. Clayton County, et al.

Page: 8
October 01, 2008
Client No. 3633-053633C
Statement No.    156931

|   Date   |     | Description | Rate | Hours | |
|----------|-----|-------------|-----:|------:|-----:|
| 01/17/07 | EMA | Read Defendant's Motion for Summary Judgment material | 245.00 | 1.40 | 343.00 |
| 01/22/07 | WJA | Meeting with EMA regarding Summary Judgment Brief | 290.00 | 0.50 | 145.00 |
|          | EMA | Discussed Summary Judgment strategy with WJA | 245.00 | 0.50 | 122.50 |
|          | EMA | Read highlight of Plaintiff's deposition | 245.00 | 1.00 | 245.00 |
| 01/23/07 | EMA | Read deposition; created deposition summary | 245.00 | 5.70 | 1,396.50 |
| 01/25/07 | WJA | Conference with EMA regarding organizing Brief on Summary Judgment | 290.00 | 0.50 | 145.00 |
|          | EMA | Conference with WJA to develop fact section and strategy. | 245.00 | 0.50 | 122.50 |
| 01/26/07 | EMA | Began fact section of Summary Judgment response. | 245.00 | 3.30 | 808.50 |
| 01/29/07 | WJA | Work with EMA on Response to Motion for Summary Judgment | 290.00 | 2.50 | 725.00 |
|          | EMA | Finished first draft of statement of fact for Summary Judgment response. | 245.00 | 7.00 | 1,715.00 |
| 01/30/07 | WJA | Respond to Motion for Summary Judgment | 290.00 | 2.00 | 580.00 |
|          | EMA | Edited statement of fact | 245.00 | 6.10 | 1,494.50 |
| 01/31/07 | WJA | Response to Motion for Summary Judgment | 290.00 | 3.00 | 870.00 |
| 02/01/07 | WJA | Response to Motion for Summary Judgment | 290.00 | 8.00 | 2,320.00 |
|          | EMA | Legal research for Motion for Summary Judgment response; Collect exhibits; Draft client Affidavit. | 245.00 | 4.70 | 1,151.50 |
| 02/02/07 | WJA | Response to Motion for Summary Judgment | 290.00 | 9.50 | 2,755.00 |
|          | EMA | Review and finalize Motion for Summary Judgment response. | 245.00 | 7.00 | 1,715.00 |
| 02/12/07 | EMA | Review, read reply brief. | 245.00 | 0.40 | 98.00 |
| 07/16/07 | EMA | Read Judge's Summary Judgment Order; discuss with ALP & WJA; Telephone conference with client regarding same. | 245.00 | 2.00 | 490.00 |
|          | WJA | Review order on summary judgement; Conference with EMA regarding pretrial order | 290.00 | 0.80 | 232.00 |
| 07/18/07 | ALP | Review Summary Judgment Order. | 375.00 | 0.40 | 150.00 |
| 07/30/07 | EMA | Review Defendant's response. | 245.00 | 0.50 | 122.50 |
| 07/31/07 | WJA | Review Notice of Appeal and Brief; Discuss same with EMA | 290.00 | 0.50 | 145.00 |
| 08/06/07 | ALP | Review petition for permission to appeal; conference with Atkins and revise. | 375.00 | 0.30 | 112.50 |
| 08/27/07 | EMA | Telephone conference with Judge's clerk regarding 1292 Motion. | 245.00 | 0.30 | 73.50 |

|            |     |                                                                                                      | Rate   | Hours |         |
|------------|-----|------------------------------------------------------------------------------------------------------|--------|-------|---------|
| 08/28/07   | WJA | Review District Court Order denying Petition to Appeal; Draft Motion to Dismiss                      | 290.00 | 3.00  | 870.00  |
|            | WJA | Follow up Sam Cassells' attorney, Debbie Schwartz, regarding interviewing for Tuggle matter          | 290.00 | 0.20  | 58.00   |
| 09/05/07   | WJA | Telephone conference with Lynn Wood regarding Motion to Stay, etc.                                   | 290.00 | 0.50  | 145.00  |
| 09/07/07   | WJA | Telephone conference with D. Schwartz from Sam Cassells                                              | 290.00 | 0.50  | 145.00  |
| 09/12/07   | WJA | Coordinate with AGH regarding rescheduling mediation                                                 | 290.00 | 0.10  | 29.00   |
| 09/14/07   | WJA | Brief in Opposition to Defendants' Petition to Appeal                                                | 290.00 | 0.80  | 232.00  |
| 09/17/07   | WJA | Brief in Opposition to Petition to Appeal                                                            | 290.00 | 3.00  | 870.00  |
|            | WJA | Finalize and file Brief in Opposition to Defendants' Petition to Appeal                              | 290.00 | 1.00  | 290.00  |
| 09/20/07   | WJA | Review District Court Order dismissing appeal                                                        | 290.00 | 0.20  | 58.00   |
| 09/28/07   | WJA | Review Order on Motion to Appeal                                                                     | 290.00 | 0.20  | 58.00   |
| 10/03/07   | EMA | Telephone conference with District Court re: procedural posture.                                     | 245.00 | 1.30  | 318.50  |
| 10/19/07   | WJA | Review Order from Judge Evans regarding petition for review                                          | 290.00 | 0.30  | 87.00   |
| 12/05/07   | ALP | Review defendants' Eleventh Circuit brief.                                                           | 375.00 | 0.80  | 300.00  |
| 01/03/08   | WJA | Research issues for Eleventh Circuit brief; Begin work on brief                                      | 290.00 | 2.50  | 725.00  |
| 01/05/08   | WJA | Brief to Eleventh Circuit Court of Appeals                                                           | 290.00 | 2.50  | 725.00  |
| 01/06/08   | WJA | Research filing deadline for Notion of Appeal as Jurisdiction Q                                      | 290.00 | 1.00  | 290.00  |
| 01/07/08   | WJA | Secure extension of time for filing of Brief in Eleventh Circuit; Letter to clerk regarding same     | 290.00 | 0.50  | 145.00  |
| 01/09/08   | WJA | Research Brief to Eleventh Circuit Court of Appeals                                                  | 290.00 | 1.50  | 435.00  |
| 01/10/08   | WJA | Brief to Eleventh Circuit Court of Appeals                                                           | 290.00 | 3.50  | 1,015.00|
| 01/11/08   | WJA | Draft Brief of the Appellant                                                                         | 290.00 | 6.50  | 1,885.00|
| 01/12/08   | WJA | Draft Brief of Appellant                                                                             | 290.00 | 12.50 | 3,625.00|
| 01/13/08   | WJA | Draft Brief of Appellant                                                                             | 290.00 | 13.50 | 3,915.00|

Tuggle, George  
Page: 10  
October 01, 2008  
Client No. 3633-053633C  
Statement No. 156931

George Mark Tuggle v. Clayton County, et al.

| Date | | Description | Rate | Hours | |
|---|---|---|---:|---:|---:|
| 01/14/08 | EMA | Edit 11th Circuit brief. | 245.00 | 1.20 | 294.00 |
| | WJA | Draft Brief of Appellant | 290.00 | 10.50 | 3,045.00 |
| 01/15/08 | WJA | Review Brief and confirm timely filing and receipt by Eleventh Circuit Court of Appeals and opposing counsel | 290.00 | 1.50 | 435.00 |
| 03/03/08 | EMA | Return call to client. | 245.00 | 0.40 | 98.00 |
| 08/05/08 | ALP | Review bill; email regarding fees. | 375.00 | 0.30 | 112.50 |
| 09/29/08 | ALP | Telephone conference with WJA re: verdict and fee petition. | 375.00 | 0.40 | 150.00 |
| 09/30/08 | ALP | Prepare affidavit for fee petition. | 375.00 | 1.00 | 375.00 |
| | ALP | Review *Virdi* order and briefs for use in preparation of fee petition. | 375.00 | 0.60 | 225.00 |
| | | For Current Services Rendered | | 300.10 | 79,933.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| A. Lee Parks, Jr. | 12.80 | $375.00 | $4,800.00 |
| William J. Atkins | 150.90 | 290.00 | 43,761.00 |
| Steven E. Wolfe | 0.80 | 225.00 | 180.00 |
| Eleanor M. Attwood | 121.60 | 245.00 | 29,792.00 |
| Jacqueline J. Davis | 14.00 | 100.00 | 1,400.00 |

Expenses

| | |
|---|---:|
| Postage | 26.31 |
| Facsimile Charges | 59.00 |
| Total Expenses Thru 10/01/08 | 85.31 |

Advances

| Date | Description | Amount |
|---|---|---:|
| 01/03/06 | Courier & Delivery Service - Georgia Messenger Service, Inc. | 34.93 |
| 01/03/06 | Courier & Delivery Service - Georgia Messenger Service, Inc. | 34.93 |
| 01/05/06 | Outside Reproduction Costs Clayton County Sheriff's Office | 27.86 |
| 02/10/06 | Filing & Service Fees Clerk, United States District Court. | 250.00 |
| 03/07/06 | Process Service DLS, Inc. | 144.00 |
| 03/15/06 | Process Service DLS, Inc. | 25.00 |
| 03/29/06 | Document Copies - Intellius.com | 8.95 |
| 06/09/06 | Courier & Delivery Service - Georgia Messenger Service, Inc. | 9.45 |
| 07/19/06 | Courier & Delivery Service - Ga. Messenger Service | 15.99 |
| 07/20/06 | Document Copies - Clayton County Police Department | 76.60 |
| 10/13/06 | Courier & Delivery Service - Georgia Messenger Service | 38.03 |
| 10/16/06 | Court Reporter - Brown Reporting, Inc. | 336.00 |
| 10/16/06 | Court Reporter - American Court Reporting Company, Inc. | 267.00 |
| 10/24/06 | Process Service DLS, Inc. | 267.00 |
| 11/01/06 | Medical Record Copies Gwinnett Consultants in Cardiology, P.C | 28.25 |
| 11/07/06 | Court Reporter - Brown Reporting, Inc. | 1,189.66 |
| 11/15/06 | Court Reporter - Legal Technology Services | 582.50 |
| 11/15/06 | Court Reporter - Brown Reporting, Inc. | 287.55 |
| 11/15/06 | Court Reporter - Brown Reporting, Inc. | 266.30 |

Tuggle,   George

George Mark Tuggle v. Clayton County, et al.

| Date | Description | Amount |
|---|---|---|
| 08/01/07 | Medical Record Copies Smart Document Solutions, LLC | 122.66 |
| 09/30/07 | Court Reporter - Legal Technology Services | 392.50 |
| 01/29/08 | Outside Reproduction Costs Merrill Communciations, LLC | 461.48 |

Total Advances                                           4,866.64

Total Current Work                                      84,884.95


Balance Due                                           $84,884.95