UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE MARK TUGGLE<br><br>               Plaintiff,<br><br>vs.<br><br>VICTOR HILL, Clayton County Sheriff, in his individual capacity, and KEMUEL KIMBROUGH, Clayton County Sheriff, in his official capacity,<br><br>               Defendants. | CIVIL ACTION FILE<br><br>NO. 1:06-cv-272-ODE |

## J U D G M E N T

      This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of Plaintiff's Motions for Summary Judgment, and the court having granted said motions, it is

      **Ordered and adjudged** that plaintiff recover attorney's fees in the amount of $176,839.00 and expenses in the amount of $75.00 plus costs in the amount of $13,798.83. Said Attorneys' fees, expenses, and costs are taxed against Victor Hill, in his individual capacity and against Kemuel Kimbrough, Clayton County Sheriff, in his official capacity.

      Dated at Atlanta, Georgia this 5th day of May, 2009.

                                                            JAMES N. HATTEN
                                                             CLERK OF COURT

                                               By:  s/ Ashley Knight
                                                             Ashley Knight, Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   May 5, 2009
James N. Hatten
Clerk of Court

By: s/ Ashley Knight
       Deputy Clerk