FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 2 3 2013

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEORGE MARK TUGGLE,           )
                              )
        Plaintiff,            )
                              )          CIVIL ACTION FILE NO.:
v.                            )          1:06-CV-0272-ODE
                              )
VICTOR HILL, individually and in )
his official capacity as Sheriff of )
Clayton County, Georgia,      )
                              )
        Defendant,            )
                              )
CLAYTON COUNTY, GEORGIA,      )
                              )
        Garnishee.            )
                              )

## ANSWER OF CONTINUING GARNISHMENT

1.    From the time of service of this summons of continuing garnishment, if this

is the first answer to such summons, otherwise from the time of the last answer to

this summons of continuing garnishment, until the time of this answer, garnishee

had in his possession the following described property by the defendant;

_____

1

2.     From the time of service of service of this summons of continuing garnishment, if this is the first answer to such summons, otherwise from the time of the last answer to this summons of continuing garnishment, until the time of this answer, all debts accruing from garnishee to the defendant are in the amount of $ 2051.86 .

3.     $ 2051.86 of the amount named in paragraph 2 was wages earned at the rate of $ 50.25 per hour for the period beginning ___3-15___, 20 13, through the time of making this answer.  The amount of wages subject to this garnishment is computed as follows:

$ 12062.01     Gross Earnings
$ 3854.57      Total social security and withholding tax
$ 8207.44      Total disposable earnings
$ 2051.86      Amount of Wages subject to garnishment

4.     ☐ If checked, defendant is not presently employed by this garnishee and if employed by garnishee on or after service of this summons of continuing garnishment was most recently terminated as of the ___ day of _____.

5.     ☐ If checked, this is the last answer this garnishee is required to file to the presently pending summons of continuing garnishment in the above style case.

6.     Garnishee further states that Defendant holds no property in his official capacity that is subject to garnishment.

Signed: _____
            Jack R. Hancock
            Ga. Bar No. 322450
            Attorney for Clayton County, Georgia
            Garnishee

## CERTIFICATE OF SERVICE

This is to certify that I have this day served plaintiff or his attorney in the foregoing matter with a copy of his answer by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This _____ day of _____, 20____.

Signed: _____
                Garnishee

| NDOR NUMBER | DATE | CLAYTON COUNTY BOARD OF COMMISSIONERS 112 SMITH STREET, JONESBORO, GEORGIA 30236 | | | | CHECK NUMBER 914365 |
|---|---|---|---|---|---|---|
| UNI22A | 04/19/13 | | | | | |

| REFERENCE | VOUCHER | INVOICE DATE | INVOICE NUMBER | INVOICE AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 06-CV-02720DE | 26077 | 04/16/13 | HILL VH | 2,051.86 | | 2,051.86 |
| | | | | | | |
| | | | | 2,051.86 | | 2,051.86 |

REMITTANCE ADVICE – DETACH BEFORE CASHING CHECK

---

**A/P CHECK**



**CLAYTON COUNTY BOARD OF COMMISSIONERS**

112 SMITH STREET, JONESBORO, GEORGIA 30236

11-24/1210

04/19/13

No. 914365

PAY     ******2,051  DOLLARS AND   86   CENTS

$ *****2,051.86

VOID AFTER 90 DAYS

PAY TO THE ORDER OF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING ST, SW
ATLANTA GA 30303-3361



CHAIRMAN

CHIEF FINANCIAL OFFICER

Wells Fargo, N.A.
Atlanta, Georgia 30339

⑈914365⑈ ⑆121000248⑆ 200068888737⑈