IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE MARK TUGGLE, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | FILE NO. <u>1:06-cv-00272-ODE</u> |
| ) | |
| v. ) | |
| ) | |
| CLAYTON COUNTY SHERIFF ) | |
| VICTOR HILL, individually and in ) | |
| his Official Capacity, ) | |
| ) | |
| Defendants. ) | |

## SATISFACTION OF JUDGMENT

**WHEREAS**, a judgment was entered in the above action on the <u>1st</u> day of October, 2008 in favor of George Mark Tuggle and against Clayton County Sheriff Victor Hill, individually and in his official capacity in the amount of $250,000.00 plus interest from the <u>1st</u> day of October, 2008 with costs and attorneys' fees to be taxed; and costs in the amount of $13,798.83 and attorneys' fees in the amount of $176,830.00 having been taxed on the <u>4th</u> Day of May, 2009, and said judgment with interests and costs thereon having been satisfied by agreement by the parties;

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized to withdraw the Writ of Execution now pending and make an entry of the full and complete satisfaction on the docket of said judgment.

This 23rd day of August, 2013.

                                                */s/ William J. Atkins*
                                                WILLIAM J. ATKINS
                                                State Bar No. 027060
                                                Attorney For the Plaintiff

**ATKINS & FIFE, LLC**
6400 Powers Ferry Road, Ste. 355
Atlanta, Georgia 30339
404.969.4130
bill@atkinsfife.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2013, I electronically filed this **Satisfaction of Judgment** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

| | |
|---|---|
| Jack Hancock | Winston Denmark |
| Attorney for Clayton County, Georgia | Attorney for Sheriff Victor Hill |

                                        /s/ William J. Atkins
                                        William J. Atkins
                                        State Bar No.  027060

**ATKINS & FIFE, LLC**
6400 Powers Ferry Road, Ste. 355
Atlanta, Georgia  30339
404.969.4130
bill@atkinsfife.com